STATE OF NEW JERSEY v. THEODORE SIMMONS.

December 20, 1983.

Petition for certification denied.

NASSAU TOYOTA v. AUTOBAHN MOTORS.

December 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSIAH WIDEMAN.

December 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JUAN GUALBERTO
CUETO NARANJO.

December 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY MORTON.

December 20, 1983.

Petition for certification denied.